# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# _____ DIVISION

__Meka Thomson__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__McDonalds__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

__manger__
__employees__

1:23CV725

JUDGE BARRETT

MAGISTRATE JUDGE BOWMAN

**COMPLAINT**

RECEIVED

NOV - 6 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Meka Thomson__
Name - Full Name Please - PRINT

__2500 Kemper lane B4__
Street Address

__Cincinnati, Ohio 45202__
City, State and Zip Code

__(513) 501-1613__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __McDonalds__
   Name - Full Name Please

   __4375 E. Galbraith Rd. Cincinnati, Ohio 45236__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On Oct. 30, 2023 between 11:30 Am and 1:00pm I went to mcDonal's and ask them to replace my order, the manger I talked to said, "you must call back up there, keep the food, or recite." At the time of purchase, buy and get served your food by the cashier employee said, "Thank you have a nice day." They never informed me at the time I bought it the meal to do what the manger said do. This was the 1st time it happened to me. I'm in a money Christes, I couldn't afford to lose it. I filed this a 12USC 3410 consumer challange, on the grounds of their policy of replacement order, breeched of contract they promiss to replace with the insurance they pay for to replace it. monsler vs. Cincinnati, by not replacing the order they've messed up. I also notice they don't change their gloves. We recorded a time of the regular purchas on the phone for failure to train their employee Canton ohio vs. Harris (1989). When it's no onions on my number two it's none on the meal. This twar me up emotionaly and mentaly and money wise. I couldn't afford to go threw this, for the denial I'm requesting a quarter million dollars. This claim come's from not just their contract and insurance, but notification of the training neglect, the manger did to the employee for telling them to only say thank you have a nice day, and not saying unseen, or heard of rules of a policy we the customer did not know we had to follow.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| NA | NA | vs. | NA |
| NA | NA | vs. | NA |
| NA | NA | vs. | NA |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I ask for (250,000) a quarter million dollars for the emotional and mental and money stress I had to go threw with my life experinces I was all ready going threw, that day was the straw that broke the horse back.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of Oct., 20 23.

x Meka Thomson
Signature of Plaintiff

-4-