AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| Meka Thomson | ) |
| *Plaintiff* | ) |
| v. | ) |
| McDonalds | ) |
| *Defendant* | ) |

Civil Action No.  1:23-cv-725

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other: the R&R (Doc. 5) is adopted in part, modified in part, and rejected in part. Because the Court lacks jurisdiction over all the claims in the Complaint, the Court dismisses the Complaint (Doc. 4) without prejudice. Ernst v. Rising, 427 F.3d 351, 367 (6th Cir. 2005) ("[D]ismissals for lack of jurisdiction should generally be made without prejudice."). And because the Court is dismissing all of the claims in the Complaint, the Court further makes clear that it dismisses the action itself. Estep v. Comm'r of Soc. Sec., No. 1:22-cv-474, 2024 WL 126382, at *7 (S.D. Ohio Jan. 11, 2024). The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal taken from this Order would not be made in good faith, and denies Thomson leave to appeal in forma pauperis.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☐  decided by Judge _____ on a motion for

Date: _____ 3/22/24 _____

CLERK OF COURT

*Scott M. [signature]*

Signature of Clerk or Deputy Clerk